No. 96–1261. ATLANTIC COAST LIFE INSURANCE CO. ET AL. v. SHAW ET UX. Ct. App. S. C. Certiorari denied.

No. 96–1263. OI–NEG TV PRODUCTS, INC. v. DURKO; and

No. 96–1273. GLASS, MOLDERS, POTTERY, PLASTICS & ALLIED WORKERS INTERNATIONAL AFL–CIO, CLC, No. 243 v. DURKO. C. A. 3d Cir. Certiorari denied. Reported below: 103 F. 3d 112.

No. 96–1265. ARIZONA v. MENDOZA DUARTE. Ct. App. Ariz. Certiorari denied.

No. 96–1270. TEI FU CHEN ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–1272. KAHN v. EMERSON ELECTRIC CO. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 96–1277. BRANCH v. TOWER AIR, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–1278. CLARK ET UX. v. CITY OF HERMOSA BEACH ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–1281. GULF BEACH HOTEL, INC. v. HILTON INNS, INC. C. A. 9th Cir. Certiorari denied.

No. 96–1284. CARMAN v. TEXAS (two judgments). Ct. App. Tex., 7th Dist. Certiorari denied.

No. 96–1288. MACCAFERRI GABIONS, INC. v. WILKINSON & JENKINS CONSTRUCTION CO., INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–1296. HORTON v. UNION RECOVERY LIMITED PARTNERSHIP. Sup. Ct. Va. Certiorari denied.

No. 96–1301. JENSEN v. GOULD. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 96–1309. ZAFIRATOS v. MONROE TOWNSHIP ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–1319. MERIT CONTRACTING, INC. v. ROBERTS & SCHAEFER CO. C. A. 7th Cir. Certiorari denied.